**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **Children's Products LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702457 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695439 | 12/27/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695448 | 12/27/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702403 | 12/27/2022 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702404 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702405 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702406 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702452 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702453 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702454 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705381 | 12/28/2022 | $432.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702456 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695192 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702458 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702459 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702460 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702461 | 12/27/2022 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702462 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702463 | 12/27/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705378 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705379 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714098 | 12/29/2022 | $143.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34702455 | 12/27/2022 | $10.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694679 | 12/27/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692830 | 12/23/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692831 | 12/23/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694268 | 12/27/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694271 | 12/27/2022 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694276 | 12/27/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694277 | 12/27/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694281 | 12/27/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694666 | 12/27/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694667 | 12/27/2022 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695438 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694677 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695199 | 12/27/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694683 | 12/27/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694686 | 12/27/2022 | $145.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694906 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694911 | 12/27/2022 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694914 | 12/27/2022 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694918 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694925 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694926 | 12/27/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34695180 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705382 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34694671 | 12/27/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34711108 | 12/29/2022 | $647.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707711 | 12/28/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34708023 | 12/28/2022 | $4,046.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34708541 | 12/28/2022 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34709389 | 12/28/2022 | $29.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710247 | 12/29/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710253 | 12/29/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710260 | 12/29/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710268 | 12/29/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710269 | 12/29/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705380 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34711107 | 12/29/2022 | $2,053.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707635 | 12/28/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34711109 | 12/29/2022 | $1,525.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34711111 | 12/29/2022 | $1,963.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714035 | 12/29/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714036 | 12/29/2022 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714037 | 12/29/2022 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714038 | 12/29/2022 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714095 | 12/29/2022 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714096 | 12/29/2022 | $255.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 33809892RP1 | 4/14/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34710654 | 12/29/2022 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705476 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705383 | 12/28/2022 | $432.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705384 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705467 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705468 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705469 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705470 | 12/28/2022 | $144.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705471 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705472 | 12/28/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705473 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707640 | 12/28/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705475 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707636 | 12/28/2022 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705477 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705478 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705481 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707629 | 12/28/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707630 | 12/28/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707631 | 12/28/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707632 | 12/28/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707633 | 12/28/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34707634 | 12/28/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692827 | 12/23/2022 | $20.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34705474 | 12/28/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627692 | 12/14/2022 | $628.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34567107 | 12/8/2022 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34567110 | 12/8/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34577692 | 12/9/2022 | $464.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627682 | 12/14/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627683 | 12/14/2022 | $154.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627684 | 12/14/2022 | $154.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627685 | 12/14/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627686 | 12/14/2022 | $740.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627688 | 12/14/2022 | $464.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692829 | 12/23/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627691 | 12/14/2022 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34514602 | 12/2/2022 | $515.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627706 | 12/14/2022 | $663.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627709 | 12/14/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627710 | 12/14/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627711 | 12/14/2022 | $408.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627712 | 12/14/2022 | $555.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627715 | 12/14/2022 | $362.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627717 | 12/14/2022 | $1,238.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34634071 | 12/14/2022 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648009 | 12/16/2022 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34627689 | 12/14/2022 | $464.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34316635 | 10/26/2022 | $519.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 33972679RP | 6/23/2022 | $256.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 33974832RP | 6/24/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 33974833RP | 6/24/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 33991392RP | 7/1/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34082134RP | 8/2/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34082137RP | 8/2/2022 | $255.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34082138RP | 8/2/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34084009RP | 8/3/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34147730RP | 8/29/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34567102 | 12/8/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34147894RP | 8/29/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34538109 | 12/5/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34316689RP | 10/26/2022 | $103.82 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34316746 | 10/26/2022 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34316763RP | 10/26/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34316901 | 10/26/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34339166RP | 11/1/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34339200 | 11/1/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34486126 | 11/29/2022 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34507401 | 12/1/2022 | $255.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34514581 | 12/2/2022 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648024 | 12/16/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34147871RP | 8/29/2022 | $110.58 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690149 | 12/23/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648010 | 12/16/2022 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686291 | 12/22/2022 | $2,089.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686292 | 12/22/2022 | $3,114.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34689945 | 12/23/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34689957 | 12/23/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690104 | 12/23/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690117 | 12/23/2022 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690123 | 12/23/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690124 | 12/23/2022 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686278 | 12/22/2022 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690148 | 12/23/2022 | $115.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686277 | 12/22/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690379 | 12/23/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691867 | 12/23/2022 | $1,020.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691868 | 12/23/2022 | $1,530.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691869 | 12/23/2022 | $5,100.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691870 | 12/23/2022 | $832.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691871 | 12/23/2022 | $647.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691872 | 12/23/2022 | $1,573.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34691873 | 12/23/2022 | $6,540.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692826 | 12/23/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714099 | 12/29/2022 | $870.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34690125 | 12/23/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34675614 | 12/20/2022 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34692828 | 12/23/2022 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648036 | 12/16/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648037 | 12/16/2022 | $726.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648038 | 12/16/2022 | $1,110.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648039 | 12/16/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648042 | 12/16/2022 | $921.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648047 | 12/16/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648059 | 12/16/2022 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34675585 | 12/20/2022 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686279 | 12/22/2022 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34675602 | 12/20/2022 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34648011 | 12/16/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34680731 | 12/20/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34680735 | 12/20/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34680930 | 12/21/2022 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34681433 | 12/21/2022 | $3,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34681434 | 12/21/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686272 | 12/22/2022 | $1,453.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686273 | 12/22/2022 | $277.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686274 | 12/22/2022 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686275 | 12/22/2022 | $1,142.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34686276 | 12/22/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34675593 | 12/20/2022 | $622.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739514 | 1/6/2023 | $464.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739502 | 1/6/2023 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739503 | 1/6/2023 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739504 | 1/6/2023 | $611.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739505 | 1/6/2023 | $506.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739506 | 1/6/2023 | $598.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739507 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739509 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739510 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739511 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739887 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739513 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739498 | 1/6/2023 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739877 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739878 | 1/6/2023 | $555.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739879 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739880 | 1/6/2023 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739882 | 1/6/2023 | $714.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739883 | 1/6/2023 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739884 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739885 | 1/6/2023 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714097 | 12/29/2022 | $255.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739512 | 1/6/2023 | $92.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739487 | 1/6/2023 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738054 | 1/5/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738618 | 1/5/2023 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739404 | 1/5/2023 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739405 | 1/5/2023 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739480 | 1/6/2023 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739481 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739482 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739483 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739484 | 1/6/2023 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739500 | 1/6/2023 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739486 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739499 | 1/6/2023 | $207.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739488 | 1/6/2023 | $808.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739489 | 1/6/2023 | $1,189.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739490 | 1/6/2023 | $775.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739492 | 1/6/2023 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739493 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739494 | 1/6/2023 | $577.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739495 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739496 | 1/6/2023 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739497 | 1/6/2023 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739888 | 1/6/2023 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739485 | 1/6/2023 | $1,038.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681432 | 12/21/2022 | $7,854.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34754162 | 1/10/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34754163 | 1/10/2023 | $20.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 33685936RP | 3/7/2022 | $98.87 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 33941677RP | 6/10/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34316746RP | 10/26/2022 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34316768RP | 10/26/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34316901RP | 10/26/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34339200RP | 11/1/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34556042 | 12/7/2022 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739886 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34634082 | 12/14/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34743148 | 1/6/2023 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681432M1 | 12/21/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681432M2 | 12/21/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681432M3 | 12/21/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681432M4 | 12/21/2022 | $7,497.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34681435 | 12/21/2022 | $415.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823367 | $178.90 | 4/13/2023 | 33667304RP | 3/2/2022 | $219.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823367 | $178.90 | 4/13/2023 | 33845236RP | 4/29/2022 | $444.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823367 | $178.90 | 4/13/2023 | 33857716RP | 5/4/2022 | $1,295.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823367 | $178.90 | 4/13/2023 | 33905609RP | 5/26/2022 | $1,087.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823292 | $1,077.88 | 4/6/2023 | 34634068 | 12/14/2022 | $277.62 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740151 | 1/6/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739889 | 1/6/2023 | $185.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739890 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739891 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739892 | 1/6/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739893 | 1/6/2023 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739894 | 1/6/2023 | $103.82 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739895 | 1/6/2023 | $370.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739896 | 1/6/2023 | $462.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739897 | 1/6/2023 | $311.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34744965 | 1/9/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740150 | 1/6/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34744962 | 1/9/2023 | $86.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740152 | 1/6/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740153 | 1/6/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740155 | 1/6/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740156 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740157 | 1/6/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740158 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740160 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740161 | 1/6/2023 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34740162 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738049 | 1/5/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34739898 | 1/6/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720215 | 1/3/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34717223 | 12/30/2022 | $1,882.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34717226 | 12/30/2022 | $2,816.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720046 | 1/3/2023 | $115.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720047 | 1/3/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720048 | 1/3/2023 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720049 | 1/3/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720050 | 1/3/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720051 | 1/3/2023 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720052 | 1/3/2023 | $36.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738053 | 1/5/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720214 | 1/3/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715102 | 12/30/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725166 | 1/3/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725167 | 1/3/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725168 | 1/3/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725169 | 1/3/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725170 | 1/3/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725171 | 1/3/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725172 | 1/3/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34725173 | 1/3/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726457 | 1/3/2023 | $18.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34720213 | 1/3/2023 | $73.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715086 | 12/30/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714100 | 12/29/2022 | $676.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714101 | 12/29/2022 | $1,374.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714102 | 12/29/2022 | $287.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714103 | 12/29/2022 | $258.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714868 | 12/30/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714869 | 12/30/2022 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714870 | 12/30/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714872 | 12/30/2022 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714876 | 12/30/2022 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34717221 | 12/30/2022 | $1,557.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714887 | 12/30/2022 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34717218 | 12/30/2022 | $1,433.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715087 | 12/30/2022 | $153.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715088 | 12/30/2022 | $153.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715094 | 12/30/2022 | $306.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715096 | 12/30/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715097 | 12/30/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715098 | 12/30/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715099 | 12/30/2022 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715100 | 12/30/2022 | $51.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34715101 | 12/30/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726460 | 1/3/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34714882 | 12/30/2022 | $86.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34729490 | 1/4/2023 | $576.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726458 | 1/3/2023 | $20.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728810 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728811 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728812 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728813 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728814 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728815 | 1/4/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34729485 | 1/4/2023 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34729486 | 1/4/2023 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728681 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34729489 | 1/4/2023 | $144.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728678 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734427 | 1/4/2023 | $20.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734428 | 1/4/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734429 | 1/4/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734430 | 1/4/2023 | $10.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734431 | 1/4/2023 | $14.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34734432 | 1/4/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738046 | 1/5/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738047 | 1/5/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738048 | 1/5/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823367 | $178.90 | 4/13/2023 | 34316635RP | 10/26/2022 | $519.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34729488 | 1/4/2023 | $288.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728551 | 1/4/2023 | $36.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34738050 | 1/5/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726461 | 1/3/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726462 | 1/3/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728543 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728544 | 1/4/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728545 | 1/4/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728546 | 1/4/2023 | $111.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728547 | 1/4/2023 | $92.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728548 | 1/4/2023 | $115.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728809 | 1/4/2023 | $56.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728550 | 1/4/2023 | $72.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34726459 | 1/3/2023 | $10.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728552 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728553 | 1/4/2023 | $55.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728554 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728555 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728556 | 1/4/2023 | $43.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728558 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728656 | 1/4/2023 | $92.54 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728659 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728663 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728664 | 1/4/2023 | $103.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 822966 | $52,317.04 | 2/28/2023 | 34728549 | 1/4/2023 | $103.82 |

**Totals:** 3 transfer(s), $53,573.82