| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Jason L. Libou, Esq.<br>Wachtel Missry LLP<br>885 Second Avenue, 47th Floor<br>New York, NY 10017<br>Telephone: (212) 909-9535<br>Facsimile: (212) 371-0320<br>jlibou@wmllp.com<br><br>*Counsel to Defendant* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>                Plaintiff,<br><br>v.<br><br>Children's Products LLC,<br>                Defendant. | Adv. No. 24-01278 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE**, that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1) and 1109(b), the undersigned attorney appears for Children's Products LLC, who is the Defendant in the above-captioned case.

**NOTICE IS HEREBY GIVEN** that Jason L. Libou, Esq. requests that all notices given or required to be given in the above-captioned proceeding, including but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors

and equity security holders who filed with the Court and request that all notices be mailed, given to, and served upon Jason L. Libou, Esq. at the following office address:

>Wachtel Missry LLP
>885 2nd Avenue, 47th FL.
>New York, NY 10017

**NOTICE IS HEREBY GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopies, telex or otherwise, that affects the above-captioned Debtor, the Trustee or the property of such Debtor, or the Debtor's estate.

Dated: New York, New York
August 23, 2024

**WACHTEL MISSRY LLP**

By:  *s/ Jason L. Libou*
Jason L. Libou, Esq.
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Fl.
New York, New York 10017
Tel: (212) 909-9535
jlibou@wmllp.com
*Attorneys for Defendant*
*Children's Products LLC*